UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION Of NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO; STEVEN YAGIELLO; and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP; and XYZ MUNICIPALITIES 1-563<br><br>Defendants. | Case No. 10-cv-271-JAP-TJB |

**NOTICE OF APPEAL**

Notice is hereby given that the Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Vincent Furio, Steven Yagiello and Bob's Little Sport Shop, Inc., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from (1) an Order entered in this action on June 14, 2010 denying Plaintiffs' motion for a preliminary and permanent injunction and granting the motion of the State Defendants to dismiss Counts One and Two of the Amended Complaint; and (2) a Final

1374457.01

Judgment and Order entered in this action on February 2, 2012 granting Defendants' motions to dismiss Plaintiffs' federal causes of action in the Second Amended Complaint; denying Plaintiffs' motion for summary judgment; and declining to exercise supplemental jurisdiction over Plaintiffs' state law claims in the Second Amended Complaint.

   /s/ Daniel L. Schmutter
Daniel L. Schmutter
Greenbaum, Rowe, Smith & Davis, LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
(732) 549-5600
Attorneys for Plaintiffs
Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Vincent Furio, Steven Yagiello and Bob's Little Sport Shop, Inc.
Email:  dschmutter@greenbaumlaw.com

Date: March 2, 2012

1374457.01