ASSOCIATION NEW JERSEY RIFLE AND PISTOL CLUBS,
a New Jersey Not for Profit Corporation;
SCOTT L. BACH; KAARE A. JOHNSON; BOBS LITTLE SPORT SHOP,
a New Jersey Corporation; VINCENT FURIO; STEVEN YAGIELLO,


        Appellants


v.


GOVERNOR OF THE STATE OF NEW JERSEY;
ATTORNEY GENERAL NEW JERSEY; COLONEL RICK FUENTES,
Superintendent, Division of New Jersey State Police;
WASHINGTON TOWNSHIP, (Morris County;  XYZ MUNICIPALITIES 1-565;
CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP;
XYZ MUNICIPALITIES1-563