# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-1624

Association New Jersey Rifle and Pistol Clubs, et al.    vs.    Governor of the State of New Jersey

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

Governor of the State of New Jersey, New Jersey Attorney General, and Colonel Rick Fuentes

Indicate the party's role IN THIS COURT (check <u>only</u> one):

_____ Petitioner(s)          _____ Appellant(s)          _____ Intervenor (s)

_____ Respondent(s)          ✓ Appellee(s)          _____ Amicus Curiae

(Type or Print) Counsel's Name Daniela Ivancikova

Mr.          Ms.          ✓ Mrs.          Miss

Firm New Jersey Office of the Attorney General, Department of Law and Public Safety

Address 25 Market Street, P.O. Box 112

City, State, Zip Code   Trenton, New Jersey 08625

Phone (609 ) 633-8687                    Fax (609) 777-3607

**Primary E-Mail Address (required)** Daniela.Ivancikova@dol.lps.state.nj.us

**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____
Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

## SIGNATURE OF COUNSEL: _____

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

## *IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.