# TRANSCRIPT PURCHASE ORDER
## For Third Circuit Court of Appeals

District Court _____

Court of Appeals Docket No. _____

District Court Docket No. _____

Short Case Title _____

Date Notice of Appeal Filed by Clerk of District Court _____

**Part I.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

**A.** Check one of the following and serve ALL COPIES:

TRANSCRIPT:

None        Unnecessary for appeal purposes.

Already on file in the District Court Clerk's office.

This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed. If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

_____
_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

Voir dire        Opening Statement of Plaintiff        Opening Statement of Defendant

Closing Argument of Plaintiff        Closing Argument of Defendant

Jury Instructions        Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

CJA Form submitted to District Court Judge        Motion for Transcript has been submitted to District Court

CJA Form submitted to Court of Appeals        Private Funds

Signature _____ Date _____

Print Name _____ Counsel for _____

Address _____ Telephone _____

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
| --- | --- | --- |
| | | |

Arrangements for payment were made on _____

Arrangements for payment have not been made pursuant to FRAP 10(b)

Date _____ Name of Court Reporter _____ Telephone _____

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court. Notification must be forwarded to Court of Appeals on the same date.) This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Court Reporter _____