# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than **14** days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

Association of New Jersey Rifle and Pistol Clubs, Inc. et al. v. Christopher J. Christie, Governor of the State of New Jersey et al.

APPEAL FROM DISTRICT COURT:
District: New Jersey
D.C. Docket No.: 10-cv-271 (JAP) (TJB)
Date proceedings initiated in D.C.: 1/17/10
Date Notice of Appeal filed: 03/02/12
USCA No.: 12-1624

## COUNSEL ON APPEAL

Appellant(s): Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Vincent Furio, Steve

Name of Counsel: Daniel L. Schmutter, Esq.
Name of Party(ies): Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Vincent F
Address: Greenbaum, Rowe, Smith & Davis LLP, P.O. Box 5600, Woodbridge, NJ 07095
Telephone No.: 732.549.5600
Fax No.: 732.549.1881
E-mail: dschmutter@greenbaumlaw.com

For Appellee(s): *List only the names of parties and counsel who will oppose you on appeal

Name of Counsel: Gregory A. Spellmeyer, Deputy Attorney General
Name of Party(ies): Christopher J. Christie, Governor of the State of New Jersey, Paula T. Dow, Attorney G
Address: Department of Law and Public Safety, Division of Law, 50 Market Street, P.O. Box 112, Trenton, N
Telephone No.: 609.984.9504
Fax No.: 609.777.3120
E-mail: gregory.spellmeyer@d

Name of Counsel: Craig M. Pogosky, Esq.
Name of Party(ies): City of Hackensack
Address: Zisa and Hitscherich, 77 Hudson Street, Hackensack, NJ 07601
Telephone No.: 201.342.1103
Fax No.: 201.342.4799
E-mail: craig@zisa-law.com,

Is this a Cross-Appeal?         Yes [ ]     No [✓]
Appeals Docket No.: _____

Was there a previous appeal in case?     Yes [ ]     No [✓]
If yes, Short Title: _____
Appeals Docket No.: _____
Citation, if reported: _____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?  [ ] Yes  [✓] No
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    [ ] Yes  [✓] No

If you answered yes to either "a" or "b" please provide:
Case Name: _____
D.C. Docket No.: _____
Court or Agency: _____
Docket Number: _____
Citation, if reported: _____

## NATURE OF SUIT
**(Check as many as apply)**

**1. FEDERAL STATUTES**
[ ] ANTITRUST
[ ] BANKRUPTCY
[ ] BANKS & BANKING
[✓] CIVIL RIGHTS
[ ] COMMERCE, ROUTES, AND TARIFFS
[ ] COMMODITIES
[ ] COMMUNICATIONS
[ ] CONSUMER PROTECTION
[ ] COPYRIGHT
[ ] PATENT
[ ] TRADEMARK
[ ] ELECTION
[ ] ENERGY
[ ] ENVIRONMENTAL
[ ] FOIA FREEDOM OF INFORMATION
[ ] IMMIGRATION
[ ] LABOR
[ ] OSHA
[ ] SECURITIES
[ ] SOCIAL SECURITY
[ ] TAX
[ ] EQUAL ACCESS TO JUSTICE
[ ] OTHER Specify: _____

**2. TORTS**
[ ] ADMIRALTY
[ ] ASSAULT/DEFAMATION
[ ] PRODUCT LIABILITY/WARRANTY
[ ] DIVERSITY
[ ] OTHER Specify: _____

**3. CONTRACTS**
[ ] ADMIRALTY/MARITIME
[ ] ARBITRATION
[ ] COMMERCIAL
[ ] EMPLOYMENT
[ ] INSURANCE
[ ] NEGOTIABLE DISBURSEMENTS
[ ] OTHER Specify: _____

**4. PRISONER PETITIONS**
[ ] CIVIL RIGHTS
[ ] VACATE SENTENCE 2255
[ ] HABEAS CORPUS 2254
[ ] HABEAS CORPUS 2241
[ ] MANDAMUS/PROHIBITION
[ ] OTHER Specify: _____

**5. OTHER**
[ ] FORFEITURE
[ ] CIVIL GRAND JURY
[ ] TREATY Specify: _____
[ ] OTHER Specify: _____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served on each party or their counsel of record this  26th  day of  March , 20 12 .

/s/ Daniel L. Schmutter
(Signature of Counsel)

Rev : 1/09