UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et al.,<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER CHRISTIE, Governor of the State of New Jersey, et al.<br><br>Defendants. | Civil Action No. 10-271 (JAP)<br><br>**ORDER** |

Presently before the Court are motions by the State of New Jersey defendants and the City of Hackensack to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Also before the Court is Plaintiffs' motion for summary judgment. For the reasons in the accompanying Opinion,

IT IS on this 2nd day of February 2012

ORDERED that Defendants' motions to dismiss [#64, 65] are GRANTED insofar as the motions relate to Plaintiffs' federal causes of action; and it is further

ORDERED that Plaintiffs' motion for summary judgment [#72] is DENIED; and it is further

ORDERED that the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims.

Accordingly, this case is CLOSED.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.