OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 27, 2012

Paula J. Debona
Jansen, Bucco & DeBona
413 West Main Street
Boonton, NJ 07005-0000

Craig M. Pogosky
Zisa & Hitscherich
77 Hudson Street
Hackensack, NJ 07601-0000

RE: Association New Jersey Rifle a, et al v. Governor of the State of New J, et al
Case Number: 12-1624
District Case Number: 3-10-cv-00271

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/ecfwebsite.**

Pursuant to our docketing letter dated **03/12/2012**, you were requested to forward to this office the following form(s) in the above-entitled case:

**Appearance Form**
As of this date, we have not received your form.

The above listed forms must be completed within fourteen days of the date of this letter. The forms are available at this court's website.

**If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

For the Court,

Marcia M. Waldron, Clerk

/s/ pdb Case Manager

cc:
**Daniela Ivancikova**
**Daniel L. Schmutter**