JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Appellees Governor Christopher J. Christie,
	Attorney General Jeffrey S. Chiesa, and New Jersey State
	Police Superintendent Colonel Rick Fuentes*

By:	Roshan D. Shah
	Deputy Attorney General
	(609) 633-8687
	roshan.shah@dol.lps.state.nj.us

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et als., | Case No. 12-1624 |
| Appellants, | |
| v. | **SUBSTITUTION OF ATTORNEY** |
| GOVERNOR OF THE STATE OF NEW JERSEY, et als., | |
| Appellees. | |

Daniela Ivancikova, Deputy Attorney General, hereby consents to the substitution of Roshan D. Shah, Deputy Attorney General, as attorney of record for Appellees Governor Christopher J. Christie, Attorney General Jeffrey S. Chiesa, and New Jersey State Police Superintendent Colonel Rick Fuentes.

*s/Daniela Ivancikova*	*s/Rshah*
Daniela Ivancikova	Roshan D. Shah
Withdrawing Attorney	Substituting Attorney

Dated: July 2, 2012

## **Certification of Service**

On July 2, 2012, I filed a copy of the foregoing Substitution of Attorney with the Clerk of the Third Circuit Court of Appeals and served a copy on all counsel of record via the Third Circuit Court of Appeals's Case Management/Electronic Case Filing System.

*s/Rshah*
Roshan D. Shah
Deputy Attorney General