# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

**ZISA & HITSCHERICH**
77 HUDSON STREET
HACKENSACK, NJ 07601
(201) 342-1103
Attorneys for Defendant, City of Hackensack
_____

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., a New Jersey Not for Profit Corporation; SCOTT L. BACH; KAARE A. JOHNSON; VINCENT FURIO, STEVEN YAGIELLO, and BOB'S LITTLE SPORT SHOP, INC., a New Jersey Corporation, | NOTICE OF MOTION |
| Appellants, | |
| vs. | |
| CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey; PAULA T. DOW, Attorney General of the State of New Jersey; COLONEL RICK FUENTES, Superintendent, Division of New Jersey State Police; WASHINGTON TOWNSHIP (Morris County); CITY OF HACKENSACK; LITTLE EGG HARBOR TOWNSHIP and XYZ MUNICIPALITIES 1-535, | On Appeal from CIVIL ACTION No.: 3:10-cv-271 JAP-TJB Sat Below: Hon. Joel A. Pisano, U.S.D.J. |
| Appellees. | |

_____

**PLEASE TAKE NOTICE** that on a date and time fixed by the court, or as soon thereafter as counsel may be heard, Appellant, City of Hackensack (hereinafter "Hackensack"), a municipal corporation of the State of New Jersey, shall move at the United Stated Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, for an Order permitting Appellee, Hackensack to file and serve a Supplemental Appendix and to file documents therein under seal, pursuant to Rules 27 and 30 of the Federal Rules of Appellate Procedure.

**PLEASE TAKE FURTHER NOTICE** that Appellee, City of Hackensack shall rely upon its letter brief and certification of counsel, in support of this motion.

                              **ZISA & HITSCHERICH, ESQS.**
                              Attorneys for Appellee, City of Hackensack

                              /s Craig M. Pogosky
                              _____
                              BY: CRAIG M. POGOSKY, ESQ. (5849)

Dated: July 19, 2012

# CERTIFICATE OF SERVICE

On July 19, 2012, I filed foregoing Notice of Motion, along with a certification of counsel, and letter brief with the Clerk of the Third Circuit Court of Appeals and served a copy on all counsel of record, listed below, via the Third Circuit Court of Appeals' Case Management/Electronic Case Filing System.


Roshan Shaw, Esq.
Office of the Attorney General of New Jersey
Division of Law
25 Market Street
PO Box 112
Trenton, NJ 08625

Daniel L. Schmutter
Greenbaum, Rowe, Smith, & Davis, LLP
Metro Corporate Campus One
PO Box 5600
Woodbridge, New Jersey 07095

**ZISA & HITSCHERICH, ESQS.**
Attorneys for Appellee, City of Hackensack

/s Craig M. Pogosky
_____
BY: CRAIG M. POGOSKY, ESQ. (5849)

Date: July 19, 2012