# LAW OFFICES
# ZISA & HITSCHERICH
### 77 HUDSON STREET
### HACKENSACK, NEW JERSEY 07601

JOSEPH C. ZISA, JR. *
ROBERT J. HITSCHERICH **            TEL: 201-342-1103
                                                          FAX: 201-342-4799
CRAIG M. POGOSKY

 * Member of N.J. and Fla. Bar
** Member of N.J. and N.Y. Bar

July 19, 2012

Marcia M. Waldron, Clerk
U.S. Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    Association of New Jersey Rifle and Pistol Clubs, Inc. vs. Christopher J. Christie, Paula Dow, Colonel Fuentes and Washington Township, City of Hackensack, et al.
            Case No.: 12-1624

Dear Sir or Madam:

    Enclosed herewith for filing, please find my Notice of Motion to file a Supplemental Appendix, Letter Brief, Certification of counsel, and certification of service.

    Thank you for your consideration.

                                      Respectfully Submitted,
                                      ZISA & HITSCHERICH, ESQS.

                                      /S/ CRAIG M. POGOSKY, ESQ.
                                      BY: CRAIG M. POGOSKY, ESQ.

enclosures
CMP/