# LAW OFFICES
# ZISA & HITSCHERICH
### 77 HUDSON STREET
### HACKENSACK, NEW JERSEY 07601

**JOSEPH C. ZISA, JR. ***
**ROBERT J. HITSCHERICH ****

**TEL: 201-342-1103**
**FAX: 201-342-4799**

**CRAIG M. POGOSKY**

\* Member of N.J. and Fla. Bar
\*\* Member of N.J. and N.Y. Bar

July 23, 2012

Marcia M. Waldron, Clerk
U.S. Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    Association of New Jersey Rifle and Pistol Clubs, Inc. vs. Christopher J. Christie, Paula Dow, Colonel Fuentes and Washington Township, City of Hackensack, et al.
          Case No.: 12-1624

Dear Ms. Waldron:

Enclosed herewith for filing, please find 10 copies of Brief of Appellee, City of Hackensack, and four copies of Appendix of Appellee, which is to be filed under seal. There is a pending motion relative to this appendix.

Thank you for your consideration.

    Respectfully Submitted,
    ZISA & HITSCHERICH, ESQS.

    /S/ CRAIG M. POGOSKY, ESQ.
    BY: CRAIG M. POGOSKY, ESQ.

enclosures
CMP/