UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 12-1624

Association New Jersey Rifle and Pistol Clubs v. Governor of the State of New Jersey

To: Clerk

1) Motion by Appellee City of Hackensack for Leave to File Supplemental Appendix and to File under Seal

---

The foregoing motion is granted to the extent it seeks leave to file a supplemental appendix. The request to seal the supplemental appendix is referred to the merits panel. The supplemental appendix will be held provisionally under seal pending disposition of the motion.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: July 26, 2012
PDB/smw/cc:	Daniel L. Schmutter, DEDRP
	Roshan D. Shah, Esq.
	Craig M. Pogosky, Esq.