UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

# No. 12-1624

Association New Jersey Rifle and Pistol Clubs v. Governor of the State of New Jersey

To: Clerk

1) Motion by Appellees Attorney General New Jersey, Colonel Rick Fuentes and Governor of the State of New Jersey and Certification for Extension of Time to File Merits Brief

---

The foregoing motion is granted. Appellees' brief must be filed and served on or before August 23, 2012.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: July 26, 2012
PDB/cc: All Counsel of Record