JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Appellees Governor Christopher J. Christie,*
    *Attorney General Jeffrey S. Chiesa, and New Jersey State*
    *Police Superintendent Colonel Rick Fuentes*

By:  Roshan D. Shah
     Deputy Attorney General
     (609) 633-8687
     roshan.shah@dol.lps.state.nj.us

                    UNITED STATES COURT OF APPEALS
                       FOR THE THIRD CIRCUIT
                            No. 12-1624

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et als., | : STATE DEFENDANTS-APPELLEES' NOTICE OF MOTION AND CERTIFICATION FOR EXTENSION OF TIME TO FILE MERITS BRIEF |
| Appellants, | : |
| v. | : Sat Below: |
| GOVERNOR OF THE STATE OF NEW JERSEY, et als., | : Hon. Joel A. Pisano, U.S.D.J. |
| Appellees. | : |

TO:  Marcia M. Waldron, Clerk
     U.S. Court of Appeals
         for the Third Circuit
     21400 United States Courthouse
     601 Market Street
     Philadelphia, Pennsylvania 19106

     Daniel L. Schmutter, Esq.
     Greenbaum, Rowe, Smith & Davis
     P.O. Box 5600
     Metro Corporate Campus One, Suite 4
     Woodbridge, NJ 07095
     *Attorney for Plaintiff-Appellants Association of New Jersey*
     *Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson,*
     *Bob's Little Sport Shop, Vincent Furio, Steven Yagiello*

Craig M. Pogosky, Esq.
Zisa & Hitscherich
77 Hudson Street
Hackensack, NJ 07601
*Attorney for Defendant-Appellee City of Hackensack*

PLEASE TAKE NOTICE that defendants-appellees Governor Christopher J. Christie, Attorney General Jeffrey S. Chiesa, and New Jersey State Police Superintendent Colonel Rick Fuentes (collectively, the "State Appellees"), by and through their attorney, Jeffrey S. Chiesa, Attorney General of New Jersey, by Roshan D. Shah, Deputy Attorney General, respectfully move before this Court, pursuant to Fed. R. App. P. 27 and Local App. R. 31.4, for a thirty-five (35) day extension of time to file their merits brief. This motion is based upon the following:

1. This matter is an appeal from a final judgment entered by the United States District Court for the District of New Jersey. Plaintiff-Appellants seek to enjoin enforcement of New Jersey's One Handgun Per Month Law, N.J.S.A. 2C:58-2(a)(7) and N.J.S.A. 2C:58-3(i), arguing that it is preempted by 15 U.S.C. § 5001(g)(ii) and violates the Due Process Clause of the Fourteenth Amendment.

2. On June 4, 2012, the Plaintiff-Appellants filed and served their brief in this matter.

3. Pursuant to this Court's scheduling order, dated April 25, 2012, the State Appellees' brief was due on or before July 9, 2012.

4. On June 29, 2012, this matter was transferred from Deputy Attorney General Daniela Ivancikova to the undersigned counsel, after DAG Ivancikova announced she would be leaving the Corrections and State Police Section of the Division of Law.

5. On July 3, 2012, the undersigned counsel obtained a fourteen (14) day extension of time pursuant to Local App. R. 31.4, thereby rendering the brief due on July 23, 2012.

6. However, between July 3, 2012 and July 19, 2012, the undersigned counsel devoted significant time deposing parties/witnesses, preparing and opposing motions, responding to discovery; or attending court conferences in the following matters: Coles v. Carlini, et al., Civil Action No. 10-6132 (JBS-AMD); Miller v. Ricci, et al., Civil Action No. 11-859 (FLW-LHG); Clauso v. Glover, Civil Action No. 09-5306 (CCC-JAD); Brown v. Joe Dow Warden, et al., Civil Action No. 08-4330 (RMB-AMD); and Boroff v. Lynn, et al., Civil Action No. 11-6849 (ES-CLW).

7. Accordingly, a second extension, this time for 30 days, was sought on July 19, 2012.

8. The Court granted that extension, thereby rendering the State Appellees' brief due on August 23, 2012.

9. Two events transpired shortly after the undersigned counsel sought and obtained the 30-day extension.

10. On July 28, 2012, the undersigned counsel fractured his thumb, which required him to miss time from the office to

receive medical treatment.

11. The following weekend, August 4, 2012, the undersigned counsel's great-grandfather passed away, which again caused him to miss time from the office to attend services and observe certain religious obligations.

12. In an effort to avoid having to file the instant motion and to avoid having the matter transferred to another Deputy, the undersigned counsel worked diligently to complete the brief, participating in less than the bare minimum religious observances and eschewing certain disabling pain medications.

13. Nonetheless, despite best efforts, the undersigned counsel requires additional time to fully research and respond to Plaintiff-Appellants' brief.

14. State Appellees have meritorious arguments to present to this Court.

15. Accordingly, State Appellees contend that good cause exists to extend the time for filing their merits brief by an additional thirty-five (35) days, or until September 28, 2012.

16. Plaintiff-Appellants' counsel has consented to this request.

                                            Respectfully submitted,

                                            JEFFREY S. CHIESA
                                            ATTORNEY GENERAL OF NEW JERSEY

DATED: August 22, 2012    By: *s/ R Shah*
                                            Roshan D. Shah
                                            Deputy Attorney General

**<u>Certification of Service</u>**

On August 22, 2012, I filed a copy of the foregoing Notice of Motion and Certification for Extension of Time to File Merits Brief with the Clerk of the Third Circuit Court of Appeals and served a copy on all counsel of record, listed below, via the Third Circuit Court of Appeals's Case Management/Electronic Case Filing System.

    Daniel L. Schmutter, Esq.
    Greenbaum, Rowe, Smith & Davis
    P.O. Box 5600
    Metro Corporate Campus One, Suite 4
    Woodbridge, NJ 07095
    *Attorney for Plaintiff-Appellants Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Bob's Little Sport Shop, Vincent Furio, Steven Yagiello*

    Craig M. Pogosky, Esq.
    Zisa & Hitscherich
    77 Hudson Street
    Hackensack, NJ 07601
    *Attorney for Defendant-Appellee City of Hackensack*

                                    *s/RShah*
                                    Roshan D. Shah
                                    Deputy Attorney General