UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


<u>No.  12-1624</u>


Association New Jersey Rifle and Pistol Clubs v. Governor of the State of New Jersey


To:  Clerk


1)    Motion by Appellees Attorney General New Jersey, Colonel Rick Fuentes and Governor of the State of New Jersey and Certification for Extension of Time to File Merits Brief

---

The foregoing motion is granted.  Appellees' brief must be filed and served on or before September 28, 2012.  No further extensions will be granted.


For the Court,

 /s/ Marcia M. Waldron
Clerk


Dated:  August 23, 2012
tmk/cc:
Daniel L. Schmutter, DEDRP
Roshan D. Shah, Esq.
Craig M. Pogosky, Esq.