# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 12-1624

Ass'n of NJ Rifle and Pistol Clubs, et al.    vs.    Governor of the State of NJ et al.

Calendar Date: 12/18/12        Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Greenbaum, Rowe, Smith & Davis LLP

Designation of Arguing Counsel: Daniel L. Schmutter

Member of the Bar:    __X__ Yes    ____ No

Representing (check only one):

____ Petitioner(s)    __X__ Appellant(s)    ____ Intervenor(s)

____ Respondent(s)    ____ Appellee(s)    ____ Amicus Curiae

Please list the name of the lead party being represented:

Association of New Jersey Rifle and Pistol Clubs, Inc.

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)