**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No. __12-1624_____**


 Association New Jersey Rifle Pistol, et. al.  vs. Governor, State of New Jersey, et. al.


Calendar Date _December 18, 2012_ Location _Philadelphia, PA._____


**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**


Receipt acknowledged by: ___Craig Pogosky, Esq._____

Designation of Arguing Counsel: ___ Craig Pogosky, Esq._____

Member of the Bar: ___X_____ Yes        _____ No

Representing (check only one):

_____ Petitioner(s)    _____ Appellant(s)    _____ Intervenor(s)

_____ Respondent(s)  ___X____ Appellee(s)    _____ Amicus Curiae

Please list the name of the lead party being represented:

____City of Hackensack_____

================================================================

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF
APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE
ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS
WAIVED FOR FEDERAL ATTORNEYS.)