JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Appellees Governor Christopher J. Christie,
    Attorney General Jeffrey S. Chiesa, and New Jersey State
    Police Superintendent Colonel Rick Fuentes*

By:  Roshan D. Shah
     Deputy Attorney General
     (609) 633-8687
     roshan.shah@dol.lps.state.nj.us

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
No. 12-1624

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et als., | STATE APPELLEES' NOTICE OF MOTION AND CERTIFICATION FOR LEAVE TO FILE THE STATE APPELLEES' BRIEF AS WITHIN TIME AND TO FILE A SUPPLEMENTAL APPENDIX |
| Appellants, | |
| v. | Sat Below: |
| GOVERNOR OF THE STATE OF NEW JERSEY, et als., | Hon. Joel A. Pisano, U.S.D.J. |
| Appellees. | |

TO:  Marcia M. Waldron, Clerk
     U.S. Court of Appeals
       for the Third Circuit
     21400 United States Courthouse
     601 Market Street
     Philadelphia, Pennsylvania 19106

     Daniel L. Schmutter, Esq.
     Greenbaum, Rowe, Smith & Davis, LLP
     P.O. Box 5600
     Metro Corporate Campus One, Suite 4
     Woodbridge, NJ 07095
     *Attorney for Plaintiff-Appellants Association of New Jersey
     Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson,
     Bob's Little Sport Shop, Inc., Vincent Furio, Steven Yagiello*

Craig M. Pogosky, Esq.
Zisa & Hitscherich
77 Hudson Street
Hackensack, NJ 07601
*Attorney for Defendant-Appellee City of Hackensack*

PLEASE TAKE NOTICE that defendants-appellees Governor Christopher J. Christie, Attorney General Jeffrey S. Chiesa, and New Jersey State Police Superintendent Colonel Rick Fuentes (collectively, the "State Appellees"), by and through their attorney, Jeffrey S. Chiesa, Attorney General of New Jersey, by Roshan D. Shah, Deputy Attorney General, respectfully move before this Court, pursuant to Fed. R. App. P. 26(b), Fed. R. App. P. 27 and 30 and Local R. App. P. 112.7, for leave to file their merits brief as within time and to file a supplemental appendix. This motion is based upon the following:

1.  This matter is an appeal from a final judgment entered by the United States District Court for the District of New Jersey. Plaintiffs-Appellants seek to enjoin enforcement of New Jersey's One Handgun Per Month Law, N.J. Stat. Ann. § 2C:58-2(a)(7) and N.J. Stat. Ann. § 2C:58-3(i), arguing that it is preempted by 15 U.S.C. § 5001(g)(ii) and violates the Due Process Clause of the Fourteenth Amendment.

2.  Pursuant to this Court's scheduling order, dated April 25, 2012, the State Appellees' brief was due on or before July 9, 2012.

3.  On June 29, 2012, this matter was transferred from Deputy Attorney General Daniela Ivancikova to the undersigned

2

counsel, after DAG Ivancikova announced she would be leaving the Corrections and State Police Section of the Division of Law.

4. Prior to that date, the undersigned counsel had no familiarity with this matter.

5. On July 3, 2012, the undersigned counsel obtained a fourteen (14) day extension of time pursuant to Local App. R. 31.4, thereby rendering the brief due on July 23, 2012.

6. Due to competing demands from other matters, a 30-day extension became necessary, thereby rendering the State Appellees' brief due on August 23, 2012.

7. Despite working diligently to complete the brief by August 23rd, the undersigned counsel's personal circumstances, including a death in the family and a broken thumb, required a third extension.

8. On August 24, 2012, this Court graciously granted the State Appellees until September 28, 2012, to file their merits brief. The Court noted that further extensions would not be granted.

9. In light of the issues involved in this matter, other attorneys from this office have been involved in reviewing the State Appellees' brief.

10. Due to the attorneys' competing schedules, an additional business day was needed to complete this review.

11. Accordingly, the State Appellees respectfully request leave from the Court to file their brief as within time.

12. Plaintiffs-Appellants' counsel has graciously consented to this request.

13. In addition, the State Appellees seek to file a Supplemental Appendix for the following reason.

14. In their brief, the State Appellees cite to the GOVERNOR'S FIREARMS ADVISORY TASK FORCE, INITIAL REPORT (2009), an Executive report that provides background regarding the purpose of the One Handgun Per Month Law and how several of its exemptions were formulated.

15. The State Appellees seek to provide this document to the Court as a courtesy, to enable the Court to easily locate this cited document.

Respectfully submitted,

JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY

DATED: October 1, 2012      By: /s/Roshan D. Shah
                            Roshan D. Shah
                            Deputy Attorney General

**Certification of Service**

On October 1, 2012, I filed a copy of the foregoing Notice of Motion and Certification for Leave to File the State Appellees' Brief As Within Time and to File a Supplemental Appendix with the Clerk of the Third Circuit Court of Appeals, and served a copy on all counsel of record, listed below, via the Third Circuit Court of Appeals' Case Management/Electronic Case Filing System.

Daniel L. Schmutter, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
P.O. Box 5600
Metro Corporate Campus One, Suite 4
Woodbridge, NJ 07095
*Attorney for Plaintiff-Appellants Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Bob's Little Sport Shop, Inc. Vincent Furio, Steven Yagiello*

Craig M. Pogosky, Esq.
Zisa & Hitscherich
77 Hudson Street
Hackensack, NJ 07601
*Attorney for Defendant-Appellee City of Hackensack*

/s/Roshan D. Shah
Roshan D. Shah
Deputy Attorney General