# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 12-1624

ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et al.

v.

CHRISTOPHER J. CHRISTIE, Governor of the State of New Jersey, et al. ;

**REQUEST FOR ORAL ARGUMENT PURSUANT TO L.A.R. 34.1**

Appellants Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Vincent Furio, Steven Yagiello and Bob's Little Sport Shop, Inc. (collectively "Plaintiffs") hereby request oral argument in the above referenced matter. Appellants respectfully request 30 minutes for oral argument due to the complex federal statutory and constitutional issues involved in this appeal. Appellants submit that oral argument would be of assistance to the panel in determination of these issues.

/s/ Daniel L. Schmutter

Daniel L. Schmutter, Esq.
GREENBAUM, ROWE, SMITH & DAVIS, LLP
P.O. Box 560
Woodbridge, New Jersey 07095-0988
(732) 549-5600 tel.
(732) 476-2541 fax
*dschmutter@greenbaumlaw.com*

Dated: October 12, 2012

1431763.01