

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600   FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

DANIEL L. SCHMUTTER
ATTORNEY
(732) 476-2540 - DIRECT DIAL
(732) 476-2541 - DIRECT FAX
DSCHMUTTER@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

October 11, 2012

<u>Via ECF</u>

The Honorable Judges of the Court of Appeals
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790.

      Re:    **Association of New Jersey Rifle and Pistol Clubs, Inc., et al. v. Christie, et al.**
              **No. 12-1624**
              **Our File No.: 23213/004**

Dear Honorable Judges:

      This firm represents Appellants Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Vincent Furio, Steven Yagiello and Bob's Little Sport Shop, Inc. (collectively "Plaintiffs").

      On October 1, 2012, the last Appellee filed its brief after several extensions of time. We understand from the Case Manager, Pamela Batts, that Appellants' reply brief is now due on October 18, 2012. We also understand that, unfortunately, a 14 day verbal extension is no longer available to Appellants because this matter has already been assigned a Panel. Thus, the Case Manager advised that we must file a written motion for an extension of time.

      Accordingly, please accept this letter as Appellants' request for an extension of time to file its brief by 30 days, to November 18, 2012. Appellants have two Appellee briefs to respond to, and the Appellees' briefs raise numerous issues that require Appellants' attention.

Greenbaum Rowe
Smith Davis LLP

All Appellees have consented to this request.

Respectfully submitted,

/s/ Daniel L. Schmutter

Daniel L. Schmutter

DLS:amh