UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 3, 2012

No. 12-1624

ASSOCIATION NEW JERSEY RIFLE AND PISTOL CLUBS, et al.

Appellants

v.

GOVERNOR OF THE STATE OF NEW JERSEY, et al.

(D.N.J. No. 3-10-cv-00271)

Present: CLERK

1. Motion filed by Appellees Attorney General New Jersey, Colonel Rick Fuentes and Governor of the State of New Jersey to File Brief Out of Time and to Supplement the Appendix.

Respectfully,
Clerk/eaf

_____ORDER_____

At the direction of the Court, the foregoing motion to file the Appellees' brief and supplemental appendix is denied. The Appellees' brief and supplemental appendix for the Governor of the State of New Jersey, et al., will be stricken from the docket. The paper copies of these documents will be discarded.

This case is listed before the merits panel on the Appellants' and the Appellee's (City of Hackensack) briefs only.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: October 12, 2012
EAF/cc: All Counsel of Record