No. 12-1624

Ass'n of New Jersey Rifle & Pistol Clubs      vs.      Governor of the State of New Jersey

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:
Please see attached.

Indicate the party's role IN THIS COURT (check <u>only</u> one):

____ Petitioner(s)   ____ Appellant(s)   ____ Intervenor (s)

____ Respondent(s)   ✔ Appellee(s)   ____ Amicus Curiae

(Type or Print) Counsel's Name  Robert Lougy
✔ Mr.   Ms.   Mrs.   Miss

Firm  Division of Law, Dep't of Law and Public Safety

Address  25 Market St., PO Box 112

City, State, Zip Code  Trenton, NJ 08625-0112

Phone  609  )599-6868      Fax ( 609  292-0690

**Primary E-Mail Address (required)**  robert.lougy@dol.lps.state.nj.us

**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. *YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.*

**SIGNATURE OF COUNSEL:** _[signature]_

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

This entry of appearance must be served on all parties.

REV. 10/16/09

**All Parties Represented**: Governor Christopher J. Christie, Attorney General Jeffrey S. Chiesa, and New Jersey State Police Superintendent Colonel Rick Fuentes