JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Appellees Governor Christopher J. Christie,
    Attorney General Jeffrey S. Chiesa, and New Jersey State
    Police Superintendent Colonel Rick Fuentes*

By: Robert Lougy
    Assistant Attorney General
    (609) 599-6868
    robert.lougy@dol.lps.state.nj.us

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
No. 12-1624

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et als., : : : Appellants, : : v. : : GOVERNOR OF THE STATE OF NEW JERSEY, et als., : : Appellees. : | **CERTIFICATION OF SERVICE** |

       On October 16, 2012, I filed an Entry of Appearance with the Clerk of the Third Circuit Court of Appeals in the above-captioned appeal, and thus served a copy on all counsel of record, listed below, via the Third Circuit Court of Appeals' Case Management/Electronic Case Filing System.

       Daniel L. Schmutter, Esq.

Greenbaum, Rowe, Smith & Davis, LLP
P.O. Box 5600
Metro Corporate Campus One, Suite 4
Woodbridge, NJ 07095
*Attorney for Plaintiff-Appellants Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Bob's Little Sport Shop, Inc. Vincent Furio, Steven Yagiello*

Craig M. Pogosky, Esq.
Zisa & Hitscherich
77 Hudson Street
Hackensack, NJ 07601
*Attorney for Defendant-Appellee City of Hackensack*

                                                      /s/Robert Lougy
                                                         Robert Lougy