JEFFREY S. CHIESA
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625
*Attorney for Appellees Governor Christopher J. Christie,*
   *Attorney General Jeffrey S. Chiesa, and New Jersey State*
   *Police Superintendent Colonel Rick Fuentes*

By: Robert Lougy
    Assistant Attorney General
    (609) 599-6868
    robert.lougy@dol.lps.state.nj.us

                UNITED STATES COURT OF APPEALS
                    FOR THE THIRD CIRCUIT
                         No. 12-1624

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et als., | : STATE APPELLEES' NOTICE OF MOTION AND CERTIFICATION FOR : RECONSIDERATION OF THE COURT'S ORDER, DATED OCTOBER 12, 2012, |
| Appellants, | : DENYING THE STATE APPELLEES' MOTION TO FILE THEIR BRIEF |
| v. | : AS WITHIN TIME AND TO FILE A SUPPLEMENTAL APPENDIX |
| GOVERNOR OF THE STATE OF NEW JERSEY, et als., | : |
| | : Sat Below: |
| Appellees. | : Hon. Joel A. Pisano, U.S.D.J. |

TO: Marcia M. Waldron, Clerk
    U.S. Court of Appeals
        for the Third Circuit
    21400 United States Courthouse
    601 Market Street
    Philadelphia, Pennsylvania 19106

    Daniel L. Schmutter, Esq.
    Greenbaum, Rowe, Smith & Davis, LLP
    P.O. Box 5600
    Metro Corporate Campus One, Suite 4
    Woodbridge, NJ 07095
    *Attorney for Plaintiff-Appellants Association of New Jersey*
    *Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson,*
    *Bob's Little Sport Shop, Inc., Vincent Furio, Steven Yagiello*

Craig M. Pogosky, Esq.
Zisa & Hitscherich
77 Hudson Street
Hackensack, NJ 07601
*Attorney for Defendant-Appellee City of Hackensack*

PLEASE TAKE NOTICE that Defendants-Appellees Governor Christopher J. Christie, Attorney General Jeffrey S. Chiesa, and New Jersey State Police Superintendent Colonel Rick Fuentes (collectively, the "State Appellees"), by and through their attorney, Jeffrey S. Chiesa, Attorney General of New Jersey, by Robert Lougy, Assistant Attorney General, appearing, respectfully move before this Court, pursuant to Fed. R. App. P. 26(b), Fed. R. App. P. 27 and 30, for reconsideration of the Court's Order, dated October 12, 2012, denying the State Appellees' motion for leave to file their merits brief as within time and to file a supplemental appendix. This motion is based upon the following:

1. I am a Deputy Director of the Division of Law, Department of Law & Public Safety. I make this certification in support of the State Appellees' motion for reconsideration.

2. This matter is an appeal from a final judgment entered by the United States District Court for the District of New Jersey. Plaintiffs-Appellants seek to enjoin enforcement of New Jersey's One Handgun Per Month Law, N.J. Stat. Ann. § 2C:58-2(a)(7) and N.J. Stat. Ann. § 2C:58-3(i), arguing that it is preempted by 15 U.S.C. § 5001(g)(ii) and violates the Due Process Clause of the Fourteenth Amendment.

3. The New Jersey Supreme Court has repeatedly recognized that New Jersey's Gun Control Laws are a "'careful grid' of regulatory provisions." In re Preis, 573 A.2d 148, 150 (N.J. 1990)(internal quotations omitted). This carefully structured scheme includes New Jersey's One Handgun Per Month Law, which regulates the number of handguns an individual may purchase within a 30-day period. Therefore, challenges to the One Handgun Per Month Law, such as the one posed by the Plaintiffs-Appellants here, are a matter of public concern, and the State has a significant interest in defending the constitutionality of its statutes in this area.

4. No other party in this case represents New Jersey's unique interests. The state law claims against the City of Hackensack are distinct from the federal claims against the State Appellees, and thus, its brief does not defend against the constitutional challenges to the One Handgun Per Month Law addressed only in the State Appellees' brief.

5. The claims against the City of Hackensack involve its alleged refusal to permit applicants to apply for more than one handgun purchase permit at one time. Accordingly, if the State Appellees are precluded from presenting their arguments to the Court, no party will present the State Appellees' arguments regarding the constitutionality of the One Handgun Per Month Law.

6. We regret the one business day delay in submitting this brief to the Court.

7. The need for the additional business day was occasioned by the significant constitutional and policy issues involved, which necessitated review at the highest levels.

8. Because of the need for multi-layered review, on September 28, 2012, the assigned attorney contacted the Clerk's Office, explained the situation and inquired whether the brief could be filed on Monday, October 1, 2012.

9. The Clerk's Office informed the assigned attorney that a Motion to File the Brief as Within Time should be filed with the merits brief.

10. Counsel for the appellants consented to the short delay.

11. We acknowledge it is within the Court's discretion to sanction a party for failing to comply with a court order or the filing requirements set forth in the local rules. L.A.R. 107.3. At its core, L.A.R. 107.3 embodies two fundamental precepts--notice and opportunity to correct non-compliance. We recognize that the Court ordered no further extensions would be granted, and we sincerely apologize for the delay in filing the brief and supplemental appendix occasioned by the high level of review as explained in our motion seeking to file the brief as within time. Since the delay was only one business day and Plaintiffs-Appellants

4

were not prejudiced as evidenced by their consent to the one day delay, we respectfully urge the Court to vacate the sanction of suppressing the brief and supplemental appendix to allow the State Appellees to defend the constitutionality of an important public safety measure duly enacted by New Jersey's Legislature.

                              Respectfully submitted,

                              JEFFREY S. CHIESA
                              ATTORNEY GENERAL OF NEW JERSEY

                  By: /s/Robert Lougy
                        Robert Lougy

### Certification of Service

On October 17, 2012, I filed a copy of the foregoing Notice of Motion and Certification for Reconsideration of the Court's Order, dated October 12, 2012, Denying the State Appellees' Motion for Leave to File their Merits Brief as Within Time and to File a Supplemental Appendix, with the Clerk of the Third Circuit Court of Appeals, and served a copy on all counsel of record, listed below, via the Third Circuit Court of Appeals' Case Management/Electronic Case Filing System.

Daniel L. Schmutter, Esq.
Greenbaum, Rowe, Smith & Davis, LLP
P.O. Box 5600
Metro Corporate Campus One, Suite 4
Woodbridge, NJ 07095
*Attorney for Plaintiff-Appellants Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Bob's Little Sport Shop, Inc. Vincent Furio, Steven Yagiello*

Craig M. Pogosky, Esq.
Zisa & Hitscherich
77 Hudson Street
Hackensack, NJ 07601
*Attorney for Defendant-Appellee City of Hackensack*

/s/Robert Lougy
Robert Lougy

Dated: October 17, 2012