# LAW OFFICES
# ZISA & HITSCHERICH
### 77 HUDSON STREET
### HACKENSACK, NEW JERSEY 07601

JOSEPH C. ZISA JR. *
ROBERT J. HITSCHERICH **

CRAIG M. POGOSKY

_____
 * Member of N.J. and Fla. Bar
 ** Member of N.J. and N.Y. Bar

TEL: 201-342-1103
FAX: 201-342-4799

October 23, 2012

Office of the Clerk
United States Court of Appeals
  for the Third Circuit
James A. Byrne Courthouse
601 Market Street
Philadelphia, PA 19106-1729

    Re:   Association of New Jersey Rifle and Pistol Clubs, Inc., *et al.* v. Christopher J. Christie, *et al.*
          Case No. 12-1624

Dear Sir/Madam:

    The undersigned represents the City of Hackensack in the within matter. Please accept this letter with regard to the Appellant's Motion for Extension of Time to File a Reply Brief. While the undersigned indicated to counsel for Appellant, on or about October 10, 2012, that it would not oppose its motion for an extension of time to file its Reply Brief, this position was taken based upon the recent submission of the State's Brief. Counsel needed extra time to respond to the numerous arguments expressed therein. In light of the fact that the court has suppressed the State defendants' Appeal Brief, the undersigned submits that the court should not extend the time for Appellant to file a Reply Brief for an additional 30 days.

    The City of Hackensack submitted its Opposition Brief on or about July 23, 2012. The portion of the Appeal related to Hackensack does not entail numerous or complex issues. Counsel for Appellant has had almost three months, more than ample time, to craft its reply to our part of the Appeal. Appellant's counsel should not reasonably need additional time to reply to the City's arguments. Nevertheless, should the court be inclined to permit an extension, a shorter extension than 30 days should be adequate. Should the Court, however, decide to grant Co-Respondent's Motion for Reconsideration and permit it to file a late Brief, the City of Hackensack would not oppose Appellant's Motion as to a 30 day extension.

    Thank you for your consideration.

                              Respectfully submitted,
                              ZISA & HITSCHERICH, ESQS.

                              /s Craig M. Pogosky

                        By:_____
                              Craig M. Pogosky

CMP:pck
cc: all counsel via e-file