CERTIFICATE OF FILING AND SERVICE

I, Craig Pogosky, certify that on October 23, 2012, an electronic copy of the within Letter in Opposition to Appellant's Motion to Extend Time to File a Reply Brief was filed with the Clerk of the Court, court via electronic filing and service with the Third Circuit CM/ECF website and service upon counsel indicated below in accordance therewith, as follows:

Daniel L. Schmutter, Esq.
GREENBAUM, ROWE, SMITH & DAVIS, LLP
P.O. Box 560
Woodbridge, New Jersey 07095-0988

Robert T. Lougy, Esq.
Roshan Shah, Esq.
Office of the Attorney General of New Jersey
Division of Law
25 Market Street
PO Box 112
Trenton NJ 08625

I certify that the foregoing statements made by me are true and if willfully false, I am subject to punishment.

/s/ Craig M. Pogosky
Craig M. Pogosky

Dated: August 24, 2012