

# Greenbaum Rowe Smith Davis LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

DANIEL L. SCHMUTTER
ATTORNEY
(732) 476-2540 - DIRECT DIAL
(732) 476-2541 - DIRECT FAX
DSCHMUTTER@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

October 24, 2012

Via ECF

The Honorable Judges of the Court of Appeals
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790.

      Re:    **Association of New Jersey Rifle and Pistol Clubs, Inc., et al. v. Christie, et al.**
             **No. 12-1624**
             **Our File No.: 23213/004**

Dear Honorable Judges:

      This firm represents Appellants Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Vincent Furio, Steven Yagiello and Bob's Little Sport Shop, Inc. (collectively "Plaintiffs").

      On October 11, 2012, Appellants filed their very first request for an extension of time to file a brief in this appeal. No extension was requested for Appellants' opening brief.

      Ordinarily, Appellants would have been entitled to a 14 day verbal extension for their Reply Brief from the clerk. However, Appellants filed a request for an extension because we were informed by the Case Manager that the verbal extension was no longer available because the case has now been calendared (due to the State Appellees' numerous extensions of time). Appellants requested 30 days with all parties' consent. A 30 day extension would make Appellants' Reply Brief due on November 18, 2012.

      Today, Appellee City of Hackensack has apparently changed it mind and has, by letter, attempted to withdraw its consent, notwithstanding that Appellants have relied on Hackensack's consent in preparing their Reply Brief. Hackensack claims that since the State Appellees' brief



has been suppressed, there is no need for a 30 day extension for Appellants. Instead they take the position that the request should simply be denied.

Such a sudden and late reversal by Hackensack is grossly unfair, since Appellants have relied on its consent in scheduling the preparation of their Reply Brief. Worse, at no time did counsel for Hackensack call this office to discuss, perhaps, a shorter extension. Instead, Hackensack merely filed its letter seeking to rescind its consent altogether, even though this is Appellants' very first such request and even though Appellants would ordinarily have been entitled to 14 days as of right.

Appellants acknowledge that in the event the States' brief remains suppressed, Appellants do not need the full 30 days requested. Therefore, Appellants propose that, if the State's brief remains suppressed, Appellants shall file their brief no later than November 9, 2012, which is approximately halfway between the 14 days they would have been entitled to as of right and the 30 days requested in their motion.

Respectfully submitted,

/s/ Daniel L. Schmutter

Daniel L. Schmutter

DLS:ams

cc: Robert Lougy, Esq. (Via ECF)
Craig Pogosky, Esq. (Via ECF)

1434383.01