UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 23, 2012

No. 12-1624

ASSOCIATION NEW JERSEY
RIFLE AND PISTOL CLUBS, et al.
Appellants
v.
GOVERNOR OF THE STATE
OF NEW JERSEY, et al.

(D.N.J. No. 3-10-cv-00271)

Present: McKee, Chief Judge, Sloviter and Vanaskie, Circuit Judges

1. Unopposed Motion by Appellants for Extension of Time to File Reply Brief Until November 19, 2012;

2. Response by Appellee City of Hackensack to Motion for Extension of Time to File Reply Brief Until November 19, 2012.

3. Reply by Appellants to Appellee Vity of Hackensack's Response to Motion for Extension of Time to File Reply Brief.

Respectfully,
Clerk/pdb

_____ORDER_____
At the direction of the Court, Appellant's motion for a extension of time to file its reply brief is granted in part and denied in part. Appellant's motion is granted as to the request for an extension of time, but denied as to Appellant's request for an extension until November 19, 2012. Appellant shall file its reply brief no later than November 7, 2012.

By the Court,

/s/ Theodore A. McKee
Chief Judge

Dated: October 24, 2012

tmk/cc:
Daniel L. Schmutter, Esq.
Robert T. Lougy, Esq.
Roshan D. Shah, Esq.
Craig M. Pogosky, Esq.