UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

October 17, 2012

No. 12-1624

ASSOCIATION NEW JERSEY
RIFLE AND PISTOL CLUBS, et al.
                            Appellants

v.

GOVERNOR OF THE STATE
OF NEW JERSEY, et al.

(D.N.J. No. 3-10-cv-00271)

Present: McKee, Chief Judge, Sloviter and Vanaskie, Circuit Judges

1. Motion by Appellees Attorney General New Jersey, Colonel Rick Fuentes and Governor of the State of New Jersey for Reconsideration of the Court's Order Dated October 12, 2012, Denying Motion to File State Appellees' Brief and Supplemental Appendix.

2. Response by Appellants' to Motion for Reconsideration of the Court's Order Dated October 12, 2012, Denying Motion to File State Appellees' Brief and Supplemental Appendix;

                                                           Respectfully,
                                                           Clerk/pdb

_____ORDER_____

At the discretion of the Court, the foregoing motion for reconsideration of the Court's Order dated October 12, 2012, Denying State Appellees' Motion to File Brief Out of Time and to Supplement the Appendix, is Denied.

                                                           By the Court,

                                                           /s/ Theodore A. McKee
                                                           Chief Judge

Dated: November 13, 2012
PDB/cc: All Counsel of Record