OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 4, 2012

Robert T. Lougy Esq.
Craig M. Pogosky Esq.
Daniel L. Schmutter Esq.
Roshan D. Shah Esq.

RE: Association New Jersey Rifle a, et al v. Governor of the State of New J, et al
Case Number: 12-1624
District Case Number: 3-10-cv-00271

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Tuesday, December 18, 2012,** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

*Carmen M. Hernandez*
By: Carmen Hernandez, Calendar Clerk
267-299-4952

MMW/CMH

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **McKEE, Chief Judge, SLOVITER and VANASKIE, Circuit Judges.**