

## Greenbaum Rowe Smith & Davis LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600    FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

DANIEL L. SCHMUTTER
ATTORNEY
(732) 476-2540 - DIRECT DIAL
(732) 476-2541 - DIRECT FAX
DSCHMUTTER@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

December 14, 2012

Via ECF

The Honorable Judges of the Court of Appeals
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

> Re: **Association of New Jersey Rifle and Pistol Clubs, Inc., et al. v. Christie, et al.**
> No. 12-1624
> Our File No.: 23213/004

### LETTER MOTION SEEKING ORAL ARGUMENT

Dear Honorable Judges:

This firm represent Plaintiffs/Appellants Association of New Jersey Rifle and Pistol Clubs, Inc., Scott L. Bach, Kaare A. Johnson, Vincent Furio, Steven Yagiello and Bob's Little Sport Shop, Inc. ("Plaintiffs") in connection with the above-referenced matter.

Please accept this letter motion as Plaintiffs' request that the Court reconsider its determination not to have oral argument in connection with this appeal.

As the Court is aware, on October, 12, 2012, the Court Ordered the brief of the State Defendants suppressed and stricken as untimely, leaving Plaintiffs and Defendant City of Hackensack as the only parties participating in this appeal.

Nevertheless, Plaintiffs believe that oral argument would still be of significant assistance to the Court in deciding this matter, may be necessary to avoid prejudice to Plaintiffs, and would be in the interest of justice.

1445791.01



This is a case involving a significant issue of federal preemption of state law, as well as constitutional issues involving due process. In reviewing the issues presented in Plaintiffs' brief, the Court will no doubt have important questions, thoughts and views regarding these issues and their impact on the resolution of this case. Oral argument will provide Plaintiffs with the opportunity to address such questions or issues and assist the Court in clarifying or resolving any concerns the Court may have.

Further, Plaintiffs may be prejudiced without oral argument. Normally, the opposing position will have been fully briefed by the State Defendants, and Plaintiffs will have had an opportunity to fully respond in their reply brief. However, even without a brief on the other side, the Court may develop similar questions in its analysis of this case, but Plaintiffs will have had no opportunity to respond to such arguments.

For the foregoing reasons, Plaintiffs respectfully submit that it is in the interest of justice to allow oral argument, and Plaintiffs respectfully request that the Court do so. The case is currently scheduled to be submitted on the papers on December 18, 2012. Plaintiffs previously submitted a request for oral argument pursuant to L.A.R. 34.1 on October 12, 2012.

Respectfully submitted,

s/ DANIEL L. SCHMUTTER

Daniel L. Schmutter

DLS:amh

Cc: Robert Lougy, Esq.
Craig Pogosky, Esq.

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

### No. 12-1624

| | |
|---|---|
| ASSOCIATION OF NEW JERSEY RIFLE AND PISTOL CLUBS, INC., et al. ) ) ) ) | |
| v. ) ) ) | **CERTIFICATE OF SERVICE** |
| CHRISTOPHER J. CHRISTIE, Governor ) of the State of New Jersey, et al. ; ) | |

Daniel L. Schmutter hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey and a partner in the law firm of Greenbaum, Rowe, Smith & Davis LLP. In this capacity, I am fully familiar with the facts stated below and make this Certification from my own personal knowledge.

2. On December 14, 2012, I caused Plaintiffs' Letter Motion Seeking Oral Argument and this Certificate of Service to be filed and served via ECF.

3. On the same date, I caused a copy of the above-referenced documents to be served via ECF to Robert Lougy, Esq., Attorney for the State Defendants and Craig Pogosky, Esq., Attorney for the City of Hackensack.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Daniel L. Schmutter
Daniel L. Schmutter

Dated: December 14, 2012

1445791.01