# LAW OFFICES
# ZISA & HITSCHERICH
### 77 HUDSON STREET
### HACKENSACK, NEW JERSEY 07601

**JOSEPH C. ZISA, JR. ***
**ROBERT J. HITSCHERICH ****  TEL: 201-342-1103
 FAX: 201-342-4799

**CRAIG M. POGOSKY**
_____
 * Member of N.J. and Fla. Bar
 ** Member of N.J. and N.Y. Bar

December 14, 2012

Marcia M. Waldron, Clerk
Carmen Hernandez, Calendar Clerk
U.S. Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    Association of New Jersey Rifle and Pistol Clubs, Inc. vs. Christie, et al.
           Case No.: 12-1624

Dear Ms. Waldron & Ms. Hernandez:

    Please accept this letter in response to Appellant's letter motion to reconsider the Court's decision not to hold oral argument in the above matter.

    The undersigned is confident that the parties have adequately set forth their positions in their respective brief, and that the Court is in the best position to determine whether it needs oral argument to be able to decide the matter. As the court is aware, the State Defendants have not submitted a brief, so only my client, City of Hackensack and Plaintiffs are involved in the appeal. Plaintiff has noted in its Brief that there are only state law claims related to Hackensack, so I don't believe that federal preemption and Constitutional issues would be argued between us in open court. Those issues related to the State Defendants, who would not be appearing at argument.

    Thank you for your consideration.

                            Respectfully Submitted,
                            ZISA & HITSCHERICH, ESQS.

                            /S/ CRAIG M. POGOSKY, ESQ.
                            BY: CRAIG M. POGOSKY, ESQ.

CMP/