UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 14, 2012

No. 12-1624

Association New Jersey Rifle
and Pistol Clubs, etc., et al.
Appellants
v.
Governor of the State of New Jersey, et al.

(D.N.J. No. 10-cv-00271)

Present: McKEE, Chief Judge, SLOVITER and VANASKIE, Circuit Judges

1. Letter Motion filed by Appellants Scott L. Bach, et al. Seeking Oral Argument.

2. Response filed by Appellee City of Hackensack in Opposition to Appellants Motion Seeking Oral Argument.

|  | Respectfully, |
|---|---|
| Calendared **12/18/2012** | Clerk/cmh |

_____ORDER_____
The foregoing Letter Motion filed by Appellants Scott L. Bach, et al. seeking Oral Argument is hereby denied.

By the Court,

/s/Theodore A. McKee
Chief Judge

Dated: December 17, 2012
cmh/cc: DLS, RTL, RDS, CMP